FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 16 2005
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN WITTE                                                PLAINTIFF

vs.            Civil Case No. 4:03CV00326 HLJ

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                             DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, seeking an award for 23 hours of work by her attorney at the district court level, at the rate of $125 per hour. The Commissioner does not oppose an award of attorney's fees and expenses under EAJA, and she does not object to the number of hours submitted by Plaintiff, or the hourly rate requested. The hourly rate requested by Plaintiff is an acceptable rate under EAJA and the number of hours submitted is reasonable. The court will therefore approve Plaintiff's request.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees in the amount of $2931.25 pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this _16th._ day of _June_, 2005.

_____
United States Magistrate Judge

AO 72A
(Rev.8/82)

# UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
UNITED STATES POST OFFICE & COURTHOUSE
600 WEST CAPITOL AVENUE, ROOM 521
LITTLE ROCK, ARKANSAS 72201-3325

HENRY L. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

OFFICE: (501) 604-5170
FAX: (501) 604-5177

June 16, 2004

Mr. Todd Gray Cockrill
Nussbaum, Hendrix, Trussell
  & Cockrill P.A.
119 S. Izard Street
P.O. Box 34117
Little Rock, AR 72203-4117

Ms. Stacey E. McCord
United States Attorney's Office
425 West Capitol Avenue, Suite 500
P.O. Box 1229
Little Rock, AR 72203-1229

    Re: Witte v. SSA
        Case No. 4:03CV00326

Dear Counsel:

    Enclosed are proposed findings and recommendations in the above-styled case, prepared by this office and submitted to United States District Judge J. Leon Holmes.

    The parties may file specific written objections to these findings and recommendations and must provide the factual or legal basis for each objection. An original and one copy of the objections must be filed with the Clerk no later than eleven (11) days from the date of this letter, and a copy must be served on the opposing party.

    The District Judge, even in the absence of objections, may reject these findings and recommendations in whole or in part.

                                  Sincerely,

                                  Henry L. Jones, Jr.
                                United States Magistrate Judge

HLJJr:bs

Enclosure

cc: Honorable J. Leon Holmes
    United States District Judge